FILED
CLERK, U.S. DISTRICT COURT

APR 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jaime Serena

Defendant.

Case No. ED 12 MJ 139

ORDER OF DETENTION

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required (or the safety of any person or the community).

The Court has considered the factors set forth in 18 U.S.C. § 3142(g)(1)-(4), i.e., the nature and circumstances of the offense(s) charged; the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation. (The defendant also has not rebutted the presumption provided by statute).

///

1

1    IT IS THEREFORE ORDERED that the defendant be detained without

2  prejudice prior to trial/revocation hearing.

3    IT IS FURTHER ORDERED that the defendant be committed to the custody

4  of the Attorney General for confinement in a corrections facility separate, to the

5  extent practicable, from persons awaiting or serving sentences or being held in

6  custody pending appeal; that the defendant be afforded reasonable opportunity for

7  private consultation with counsel; and that, on order of a Court of the United States

8  or on request of any attorney for the government, the person in charge of the

9  corrections facility in which the defendant is confined deliver the defendant to a

10  United States Marshal for the purpose of any appearance in connection with a

11  Court proceeding.  This order is made without prejudice to reconsideration.

12

13  Dated:  4/13/12

14                                                        HONORABLE OSWALD PARADA
                                                          United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28